# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134374

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF JOHN M. RUSIECKI, Deceased.

_____

YVONNE D. JENSEN, Personal Representative,
TONI RUSIECKI and JOAN FLOYD,
      Petitioners-Appellees,

v

CHARLES RUSIECKI, LOWELL ALAN
WOOD, DEAN C. WOOD, BRIAN WOOD
and TRACI RAREDON,
      Respondents,

and

STEPHEN RUSIECKI, a/k/a STEPHEN G.
RUSIECKI,
      Respondent-Appellant.

SC: 134374
COA: 266145
Oakland PC: 2003-291304-DE

_____/

On order of the Court, the application for leave to appeal the June 12, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

s1022